SHAYKH MUHAMMAD ABDUL AZIZ KHALID BIN TALAL ALSAUD
<u>Name and Prisoner/Booking Number</u>

T473864 4th Ave Jail
<u>Place of Confinement</u>

3250 W. Lower Buckeye Road
<u>Mailing Address</u>

Phoenix, Arizona 85009
<u>City, State, Zip Code</u>

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ☒  LODGED ☐
RECEIVED ☐  COPY ☐
DEC 21 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

SHAYKH MUHAMMAD ABDUL AZIZ KHALID BIN TALAL ALSAUD,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) SHERIFF MARK LAMB,
(Full Name of Defendant)

(2) Mathew Hendricks,

(3) CHAPLAIN Mike,

(4) PARALEGAL female VALDEZ.

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-18-4890-PHX-SPL-JFM
(To be supplied by the Clerk)

EXPEDITE SERVICE REQUESTED

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

"DEMAND JURY TRIAL"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: ACCESS to COURTS, RLUIPA Act, 1st Amendment.

2. Institution/city where violation occurred: Pinal County Jail Florence, Arizona.

B. **DEFENDANTS**

1. Name of first Defendant: MARK LAMB. The first Defendant is employed as: Sheriff at Pinal County.
   (Position and Title)    (Institution)

2. Name of second Defendant: Mathew Hendricks. The second Defendant is employed as: Commander - Chief at Pinal County Jail.
   (Position and Title)    (Institution)

3. Name of third Defendant: Chaplain Mike. The third Defendant is employed as: Chaplain at Pinal County Jail.
   (Position and Title)    (Institution)

4. Name of fourth Defendant: Valdez. The fourth Defendant is employed as: Paralegal at Pinal County Jail.
   (Position and Title)    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

C. **PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? 4. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Alsaud v. Arpaio
      2. Court and case number: 16-04405-SPL-JFM
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Still Pending Litigation

   b. Second prior lawsuit:
      1. Parties: Alsaud v. Penzone
      2. Court and case number: 18-00305-SPL-JFM
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Still Pending in Litigation

   c. Third prior lawsuit:
      1. Parties: Alsaud v. Myers
      2. Court and case number: 18-01490-CAL-JFM
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

EXPEDITE SERVICE REQUESTED

PAGE-1-A ADDITIONAL DEFENDANTS
Summit Food Service - Mike

PAGE-2 (B) DEFENDANTS ADDITIONAL

5) Mike Position Summit Food Service Manager
Pinal County Jail

PAGE-2 PREVIOUS LAW SUITS-(C)

ALSA'UD V. RYAN - 18-00010-LCK

---

PAGE (3)   D. CAUSE OF ACTION COUNT I

SUPPORTING FACTS..

Thus by Lamb. Hendricks and Valdez set Policies and set personal refusing to see I obtain access to courts after my numerous request made on jail request forms an filing grievances which they refused to fully process and Nov-19-2018 Judge O'Neil directing counsel James Soslowsky get with all mentioning defendants concerning access courts and why they refuses to issue me stationary adequately pens pencils postage case laws research due my Pro Pria Persona status which all defendants Lamb. Hendricks. Paralegal Valdez is aware of Alsaud requests due Pinal County Superior Court Judge O'Neil and attorney James Soslowsky making them aware of issue after Judge on Nov 19 2018 order him to yet as of Dec 12 2018 I assert never was issue adequate stationary pens pencils postage stamp envelopes nor legal research case laws upon my request since Aug 22 2018 and Oct 24 2018 throughout my stay Dec 12 2018 left for MCSO-Jail I assert I possess several cases that I wanted to challenge the ruling an dismissals yet due Lamb and Hendricks an Paralegal Valdez all in their official capacity and in Individual Capacities denied me access to courts by refusing to issue me the stationary items an writing materials as I requested on the dates above thus case me un repairable harm and for my Due-Process be violated and access courts when each defendants head the authority an job title to see that these rights be protected Pinal County Jail own policies- Chapter 400 Inmate Services 4.1.1 Indigent which I qualify for an requested to recall legal-supplies so I can access courts I provided Lamb an Hendricks an Paralegal Valdez with all relevant legal cases and deadlines yet they refuse due asserted facts I didn't possess any other means of obtain these items due my indigent status by law they was all obligated to see I Receive sufficient legal supplies upon my request yet defendants refuse......

PAGE-6    E. Request for Relief

5). Plaintiff seeking relief be able practise Islamic faith as Ahl-ul-Bayt Ahl-as-Sunna - Holy Qur'an command along with dietary practises as Holy Qur'an 2:168, 2:173, 5:3, 6:118, 6:119, 6:121 - cause for all sincere believers eat Halal foods and meats in the name of Allah prepared

6). All similar situated followers of Islam be allowed these practises of Salat Rug, Kufi Cap, possession of Holy Qur'an meeting with Islamic faith representative an allow services

7). Recognize these Tentative of the Islamic faith by the 4 major schools of thought 1) Hanafi 2). Shafi 3). Maliki 4). Hanbali.

8). See that Kosher meals not adequate nor fully meet Halal guidelines due facts allowed pork by products well as alcohol products an Kosher meals fully don't verify all ingredients as Halal procedures cause for plus bless by Rabi an not prepared with Bismillah nor slaughter in Allahs name their some similarity between Halal dictary yet not equal. Both Semitic Base yet still difference guidelines an faith an practises I'am seeking fully our faith be recognize an not compell to defendants Satanic views of Islam this court possess authority to see to all part of requested relief be granted or reason why not per Turner vs. Safley 482 U.S. 78 (1987) Defendants possess know real penological merits in refuse honor religious practises an access to courts request since Aug 22 2018 Plaintiff still possess active case 2017-02892 Pinal County an shall be subjected to these violation of rights upon every court return well as other similar situated inmates request court grant relief as being requested punitive declaratory relief sought all official capacities an individual capacities from all defendants

Alsaud
Dec 13 2018
Thursday 3:45 pm

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: ACCESS to COURTS AND DUE-PROCESS, 6th Amendment ACCESS to Attorney

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities      ☐ Mail           ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property       ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Sheriff MARK LAMB ALong with Commander Mathew Hendricks AND female PARALEGAL VALDEZ ALL in their Official Capacity Along with their Individual Capacity on my AUG 22 2018 Arrival to Pinal County Jail I Sent Request to ALL Defendants LAMB VALDEZ, Hendricks Requesting LEGAL Indigent Supplies So I can Access Courts An Due Change of Address as Court Order Cause for well as File Relevant motions in my Rule 32 Cases CR 2013-112072-001 CR 2014-112041-001 AND Criminal Cases 2017-154813 2017-02892 Yet they Refused Comply with my Request Now on AUG 29 2018 I Left Pinal County never Gaining Proper Access to Courts on OCT 24 2018 I Returned An I Assert I Sent on 24 26 30 OCT AND NOV 2 8 11 26 Nov Dec 5, 10 2018 Requesting Stationary Pens Postage So I can meet Court Deadlines Yet LAMB, Hendricks, VALDEZ ALL Refuses to See I Be Issue Adequate Legal Supplies even Raise issue with Judge O'Neil on 11-19-2018 Yet As of Dec 12 2018 Never Receive Legal Supplies As Bounds vs. Smith 430 U.S. 817 Cause for Due my Indigent status, only 11-27-18 VALDEZ Gave me 4 Pieces of Blank Paper AND Told me that's it Regardless even though She knows this Don't meet Access to Courts Adequately Due LAMB An Hendricks Set Policies. VALDEZ Stated She Don't Care what Law States She only Due what Sheriff An Commander Tell Her

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I Assert that my HARM was By Defendants Actions Not Allowing me Obtain Materials Stationary Supplies So I can Challenge Federal Courts Dismissal of my Claims An Services if was Issue Supplies would Have Challenge All Dismissal Yet Affected By Defendants Actions An Claims Been Dismissed By Courts

5. **Administrative Remedies:** Due None Response/Comply to Orders
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. WAS Denied Access By Jail Passively Accepted Wouldn't Allow me to Challenge or Appeal Dec 10 2018 Nov 2018.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: 1st Amendment RLUIPA Act, Arizona Constitution An State Law A.R.S 41-1493.01 (d)

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. I Assert I am Sincere follower of Ahl-ul Bayt Ahl-as-Sunna Holy Qur'an Islamic teaching that cause an demand all believers to follow the teachings of our Holy Prophet Muhammad by wearing Kufi caps by wearing Beards by only eating Halal foods prepared in the name of Allah. Now I assert that I requested and Halal Dietary meal from Chaplain Mike upon my arrival Aug 22 2018 to Sail due facts Sail regular meals don't meet my Sincerely Held Belif He compelled me to and Faith Sincere test! Aug 29 2018 left for MCSO Returned on Oct 24 2018 Requested Halal Dietary meal Chaplain Mike compell to Kosher meal He Stated Halal an Kosher are Same I tbld him their not he stated he can speak on Halal an Kosher meals an he personaly verify all meals to be Halal and Kosher Now I writen to Summit Food Service manager Mike Requesting Him to respect my Sincerely Held Islamic Faith an issue me Halal meals Food Services Mike Response was Racist an degrading to the effect that this America Christian country and if you want Muslim Diet then bond out leave U.S.A I sent letters to Chaplain Mike an Food Service Oct 27, 31 18 Dec 5 2018 Requesting an Islamic Diet yet both refuse in their official capacities along in their individual capacities to see my Sincerely Held Religion practises be Issue an Recognize yet as of Dec 12 2018 they refuse to honor my Dietar Request thus compelling me to not fully practise my faith

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I Assert that by denying me to fully practise my Sincerely Held faith I Believe that lifes incomplete and of Satan non-Believers ways of living an conditions thus cause duress an anxiety upon my Soul due facts not fully honoring my Creator thus effect ones daily life while compell to Shaytan ways of eating and Beliefs against my well etc!

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Was denied access by Sail passively accepted labeling my grievances thus cause me not be able to challenge or appeal to the higher level Securus claim was error in system Frank at Sail claim he sent work order on Dec 4 2018 yet as of Dec 12 2018 still wasn't allowed to challenge or appeal any decisions by Lt Hull

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: Religious Freedom from Discrimination - Expression 1st Amendment, 8th, 14th Due-Process Equal Protection By Law

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. Yes I assert my Sincerely Held Belief In the Teaching of Ahl-ul-Bayt Ahl-as-Sunna well as the Traditions of the Holy Prophet Muhammad cause for All Believers to Read and Study the Holy Arabic Qur'an especially after All the Five Daily Salat well as wearing of Kufi Cap especially doing Salat so one Can Distinguish them selves from Satan Peoples Now I Assert on Aug. 22 2018 and Oct 24 2018 Again on Nov 11th 2018 Requested Chaplain Mike Issue me Holy Quran, Salat Rug, Kufi Cap In Accordance of My Sincerely Held faith well as Speak with Islamic Representative An Be Allowed muslim Services Like Pinal County Jail Allow Other Religious Services And Provide them with Holy materials to Read I Assert I Spoken with Chaplain Mike About my Numerous Request an Ask him why he Discriminates Against us He Became Irrate an Stated its the Law Christian and told me He'll Give me a Bible thats it nothing else Both his Official Capacity and Individual Capacity Have the Authority to see I Receive these Religious Items Accordingly to my Sincerely Held faith yet Chaplain Mike Refused to Respect and Recognize my Islamic faith an Practices By Refusing Issue, Allow

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Quran materials Due Chaplain Mike Actions an Deliberately Racism Cause one not to fully Been Able to Practise my faith of Reading Quran an Praying and Wearing Kufi Cap Doing Salat As Cause thus Interfered with Connection with God must Continue to Strive Towards Freedom of these Vileness By Satan etc!

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Was Denied Access By Jail C/Os Admin By their Passively Accepted an Kios Allegely Down etc.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
1) Appointment of Counsel. 2) Preliminary Injunction ordering Defendants (A.M.B Hendricks, Paralegal Valdez follow Bonds vs. Smith 430 U.S. 817 (1977) Adequate Issue of Legal Supplies pens pencils stamp envelopes, stationary All Indigent Similar Situated as Plaintiff Set Protocol Guidelines Request of Access Courts. 3) Compensatory Relief from All Defendants mentioning All in their Official Capacity well as Individual Capacities 4) Declaratory Judgement Monitoring Defendants Compliance of Access to Courts Freedom of Religious Practises an other measures as this Court See with in Legal Guidelines

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  DEC 13 2018 THURSDAY               _____
                    DATE                              SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE

## CERTIFICATION

I hereby certify that on this date  _____12/18/2018_____

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

_____

_____

_____*R.R.*_____    B3846
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009