☒ FILED    ☐ LODGED

**Dec 20 2019**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

ALSAUD                          1 OF 4
P.O. BOX 4000                   DEC, 17 2019
FLORENCE, AZ 85132              TUESDAY


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

                                    No. 18-CV-04890-SPL-JFM

SHAIKH MUHAMMAD ABDULLAZIZ
KHALID BIN TALAL ALSA'UD
    -VS-            PLAINTIFF         MOTION
                                     PLAINTIFF RESPONSE
MARK LAMB ET AL.,                    TO DEFENDANT DISMISS
            DEFENDANTS               REQUEST


COMES PLAINTIFF AND SINCERE FOLLOWER
OF MUSLIM BROTHERHOOD ISLAMIC
JIHAD AND DEVOUT MUSLIM WHO
FOLLOW
            TEACHING OF HOLY QURAN
TEACHING OF HOLY PROPHET MUHAMMAD
WHICH CAUSE
            FOR ALL BELIEVERS TO
READ THE HOLY QURAN DAILY AFTER
ALL THE FIVE PRAYERS
            WHICH I ASSERT
ONE COULDN'T OBSERVE THESE COMMAND
BY ALLAH DUE FACTS CHAPLAIN MIKE
REFUSE ISSUE ME HOLY QURAN OR

18-CV-04890-SPL-JFM

Authorize me Have one Sent in from Islamic center Source or Have one Drop off By And muslim clergy

Assert Chaplain mike Refuse And offer Bibles And Demand me Stop Worship evil And Accept Jesus... mike went on try compel me towards Christian views And Stated wont obtain Any thing thats not This

Assert my Faith cause for me only Eat Halal meats foods Prepared in Allahs name

Assert Chaplain mike Possess the Authority to Issue me Halal Diet are facts Pinal County Jail makes you Go Through chaplain mike to Receive Any Religious Diets or Religious Items Thus Issuing Chaplain mike authority To Approve or Deny Any Request Plaintiff

Assert that He Did explain to Chaplain mike How His Racist Behavior Shall Cause Serious Problems Both legal And none... Stated He Got Insurance etc.

2 of 4

18-CV-04890-SPL-JFM

PLAINTIFF

ASSERT DEFENDANT DOES
POSSESS AUTHORITY to APPROVE
DIET WELL AS DEFENDANT POSSESS
NUMEROUS QUR'ANS AND OTHER
ISLAMIC MATERIALS HE COULD
HAVE ISSUE to PLAINTIFF SO COULD
MEET

SINCERELY HELD BELIEVE BY
READING QURAN DAILY AFTER ALL
PRAYER WELL AS MUST RECITE SOME
VERSE FROM HOLY QUR'AN DOING
EVERY PRAYER

AS WELL THUS CAUSE
SEVERE HARDSHIP UPON PLAINTIFF DUE
NOT BEING ABLE to RECITE QURAN
VIOLATES
ALLAHS COMMANDMENTS

MOVE THIS COURT GRANTING PLAINTIFF
FILED COMPLAINT ORDER DEFENDANT to
ANSWER AND SET TRIAL ON FACTS
AND RIGHTS VIOLATED
CERTIFY THIS DATE
DEC 17 2019 TUESDAY SENT COPIES
of FOREGOING to ALL OFFICIAL PARTIES
AND DEFENDANTS BY WAY of ELECTRONIC

3 of 4

18-CV-04890-SPL-JFM
Means December 17th 2019 Tuesday 9:05am
Sent via U.S. Mail Defens Attorney THE
CAVANAGH LAW FIRM P.A. 1850 North Central Avenue Suit 2400
Phoenix, Arizona 85004

Signed !
ALSAUD
Dec 17 2019 Tuesday

( 4 of 4 )

18-CV-04890-SPL-JFM

## "DECLARATION BY PLAINTIFF"

HEREBY DECLARE UNDER ALL LAWS OF PERJURY every thing Disclose is True to the Best of SHAYKH MUHAMMAD ABDUL AZIZ KHALID BIN TALAL ALSAUD Knowledge And AS WHAT OCCURRED WHEN WAS INCARCERATED

At PINAL COUNTY JAIL in Florence Arizona ALL SO Declare that Do to the Continue vileness Behavior By RACIST GUARDS Here Smut I ALisoN I Cant Fully Possess my LeGal Property that Contain Exhibits And Documents that Has Been Taken By Hose GUARDS SGt N. Harris 1495 G. Jordan AUG 26 2019

then NOV 5th 2019 SGt RideNour Ricardo montes, ALBERT TREVINO ALL taken Plaintiff Property In Retaliation Due Altercation OF Complaints of Abuse And ASSAULTS etc! Assert I Address these issue with Court Well AS Admin and Grievance to obtain Resolve

& I Could Properly SUPPORT ones Stated Claims in this Response yet Due to Above things Out of Plaintiff Control ones must Try Present this Case Best one Can And PRay this Court will Hold

1 OF 2

18-CV-04890-SPL-JFM

Defendant Chaplain Mike to Stand Account Able and Allow and Jury to Decide this case. Due Facts Presented He Possess

Authority to Issue Qur'an and Allow me obtain one we as Religious Diets Due Facts

Pinal County Sheriff Mark Lamb Gave Him Authority when Signing Him to over See All Religious Issue's or their Jail

Thus cause for Him Be Held Accountable for Such Claim Case Shall Be Set for Trial on All Counts and Relief Sought By Plaintiff

Be Granted By Court

Signed
ALSAID

Dec 17 2019

Declaration

2 of 2